

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-25-00398-CV

———————————————

PEDRO ESQUIVIAS BECERRA, Appellant

V.

MARIA VICTORIA BALTAZAR RUBIO, Appellee

---

On Appeal from the 322nd District Court
Tarrant County, Texas
Trial Court No. 322-725768-22

---

Before Womack, Wallach, and Walker, JJ.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION AND JUDGMENT

Appellant filed a timely notice of appeal from the trial court's July 7, 2025 judgment. The trial court granted appellant's motion for new trial on September 15, 2025, while it still had plenary jurisdiction. *See* Tex. R. Civ. P. 329b(a), (e).

On October 13, 2025, we informed the parties that the trial court's new-trial grant rendered this appeal moot, depriving us of jurisdiction, and that the appeal would be dismissed unless, on or before October 23, 2025, any party desiring to continue the appeal filed a response showing grounds to continue it. No party filed a response.

Accordingly, we dismiss the appeal for want of jurisdiction. *See* Tex. R. App. P. 42.3(a), 43.2(f). Appellant must pay all costs of this appeal. *See* Tex. R. App. P. 43.4.

Per Curiam

Delivered: November 6, 2025